# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Palermo, Dena E. | U.S. District Court for the Southern District of Texas | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States District Court for the Southern District of Texas
515 Rusk Street
Houston, Texas 77002

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Palermo, Dena E. | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Palermo, Dena E.** | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tuition Management Systems | College Tuition | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Palermo, Dena E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   Wells Fargo (cash) | A | Interest | J | T | | | | | |
| 3.   IRA #1(H) | | | | | | | | | |
| 4.   FDIC Ins Dep at BNY Mellon (cash) | | None | | | Closed | 05/08/19 | K | | |
| 5.   FDIC Ins Dep at Citibank (cash) (Y) | | | | | | | | | |
| 6.   Fidelity Govt Money Market (SPAXX) | A | Dividend | | | Sold | 05/08/19 | L | | |
| 7.   Vanguard Federal Money Market Fund (cash) | A | Dividend | L | T | Open | 05/08/19 | L | | |
| 8.   Fidelity Growth Co (FDGRX) | B | Dividend | L | T | | | | | |
| 9.   Fidelity 500 Index Fund (FXAIX) | D | Dividend | N | T | | | | | |
| 10.   Fidelity U.S. Bond Index Fund (FXNAX) | A | Dividend | K | T | | | | | |
| 11.   IRA #2 (H) | | | | | | | | | |
| 12.   Vanguard Federal Money Market Fund (cash) (X) | A | Dividend | K | T | | | | | |
| 13.   Vanguard Div Growth (VDIGX) | D | Dividend | M | T | | | | | |
| 14.   Vanguard 500 Index Adm (VFIAX) | C | Dividend | M | T | | | | | |
| 15.   Vanguard ST Inv Grade Fund Inv Sh (VFSTX) | A | Dividend | K | T | | | | | |
| 16.   Vanguard Health Care Fund (VGHAX) | D | Dividend | L | T | Sold (part) | 09/23/19 | K | | |
| 17.   Vanguard Cap Oppty Fund Adm (VHCAX) | D | Dividend | M | T | Buy (add'l) | 09/23/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Palermo, Dena E.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Vangaurd Primecap Core Investor (VPCCX) | C | Dividend | L | T | Buy | 09/23/19 | L | | |
| 19. | Vanguard Total Stock Market Index Admiral (VTSAX) | | None | K | T | Buy | 12/30/19 | K | | |
| 20. | Vanguard Treas Money Market (VUSXX) | B | Dividend | K | T | Sold (part) | 12/30/19 | K | | |
| 21. | Vanguard HY Corp (VWEHX) | B | Dividend | L | T | Buy (add'l) | 09/23/19 | K | | |
| 22. | Vanguard Internatl Growth Inv Shares (VWILX) | A | Dividend | L | T | Buy (add'l) | 09/23/19 | J | | |
| 23. | Vanguard Energy Fund (VGELX) | A | Dividend | | | Sold | 09/23/19 | J | | |
| 24. | Vanguard Selected Value Fund (VASVX) | | None | | | Sold | 09/23/19 | L | | |
| 25. | IRA #3 (H) | | | | | | | | | |
| 26. | Vanguard Gr Index (VIGAX) | A | Dividend | J | T | | | | | |
| 27. | BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 28. | Vanguard Municipal Money Market Fund (VMSXX) (Y) | | | | | | | | | |
| 29. | Vanguard 500 Index Admiral (VFIAX) | A | Dividend | J | T | Buy | 07/12/19 | J | | |
| 30. | Vanguard Cap Oppty Fund Adm (VHCAX) | A | Dividend | J | T | | | | | |
| 31. | Vanguard Primecap Fund Core Fund (VPCCX) | A | Dividend | J | T | | | | | |
| 32. | Vanguard Primecap Fund Inv Shares (VPMCX) | B | Dividend | J | T | Sold (part) | 12/30/19 | K | | |
| 33. | Vanguard Mut Fund Vang 500 Ind (VFINX) | A | Dividend | | | Sold | 07/12/19 | J | | |
| 34. | Vanguard Energy Fund (VGENX) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Palermo, Dena E.** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Fid 500 Index Fund (FXAIX) was Fid 500 Index Fund (FUSVX).

Fid U.S. Bond Index Fund (FXNAX) was Fid U.S. Bond Index Fund (FXNAX).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dena E. Palermo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544